| | |
|---|---|
| 1 | STEPHANIE YONEKURA |
| 2 | Acting United States Attorney |
| | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
| | DENNIS J. HANNA, CSBN 184475 |
| 5 | Special Assistant United States Attorney |
| 6 |     Social Security Administration |
| 7 |     160 Spear St., Suite 800 |
| |     San Francisco, CA  94105 |
| 8 |     Telephone:  (415) 977-8962 |
| 9 |     Facsimile:  (415) 744-0134 |
| 10 |     Email:  Dennis.Hanna@ssa.gov |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

MICHAEL LHEVAN,

    Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

No. 8:14-cv-01066-JVS-SH

**JUDGMENT OF REMAND**

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of

1 | Social Security for further proceedings consistent with the Stipulation to
2 | Remand.

4 | DATED: January 08, 2015

*[signature: Stephen Hillman]*

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE